UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2023
```

CARLOS MEJIAS,

           Plaintiff,

-against-

JASON MCIVERY, LILY TRANSPORTATION CORP., and RYDER TRUCK RENTAL, LT, LLT,

           Defendants.

22-cv-10440 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The parties are advised that the status conference scheduled for October 13, 2023 at 10:30 AM is **not** a telephonic conference. The parties are directed to appear **in-person** for the conference in Courtroom 18C of the Daniel Patrick Moynihan Courthouse.

**SO ORDERED.**

Date: **October 11, 2023**
     New York, NY

                                              **MARY KAY VYSKOCIL**
                                              **United States District Judge**