```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS MEJIAS,

                Plaintiff,

-against-

JASON MCIVERY, LILY TRANSPORTATION
CORP., and RYDER TRUCK RENTAL, LT, LLT,

                Defendants.

22-cv-10440 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      The Court held a status conference with the parties on October 13, 2023. As discussed at that conference, any dispositive motions must be filed on or before December 4, 2023. Opposition briefs must be filed on or before December 18, 2023. Any replies must be filed on or before December 29, 2023.

**SO ORDERED.**

Date: **October 13, 2023**
      **New York, NY**

*Mary Kay Vyskocil*
_____
**MARY KAY VYSKOCIL**
**United States District Judge**